JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SKILES, | NO. SACV 12-1091-GAF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 2, 2014

_____
GARY A. FEESS
United States District Judge

**JS-6**